# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| THOMAS F. BALL III<br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA | **EDWARD G. SMITH**<br>CIRCUIT MEDIATOR<br>106 RIVER FALLS DRIVE<br>DUNCAN, SC 29334<br>(864) 433-1511<br>FAX (864) 433-1519<br>Edward_Smith@ca4.uscourts.gov | DONNA S. HART<br>SENIOR RESIDENT CIRCUIT<br>MEDIATOR<br>DURHAM, NORTH CAROLINA<br><br>FRANK C. LANEY<br>CIRCUIT MEDIATOR<br>CARY, NORTH CAROLINA |
|---|---|---|

August 22, 2014

Re: 14-7161, Ryan Lucas v. Gary Shively

## **NOTICE OF RESCHEDULED MEDIATION**

Dear Counsel:

    This letter will confirm that the mediation conference has been rescheduled for Monday, September 15, 2014 at 9:00am EASTERN time.

    Thank you for your assistance in this matter.

Sincerely,

Edward G. Smith
Circuit Mediator

Copies:   Jeremy E. Carroll
             John Palmer Fishwick Jr.
             Jim H. Guynn Jr.